UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAY A. LEWIS,<br><br>           Plaintiff,<br><br>    v.<br><br>RENCY HILBERT, *et al.*,<br><br>           Defendants. | Case No. C23-5539-RSL-BAT<br><br>ORDER ADOPTING REPORT & RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Judge Brian A. Tsuchida, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

1. The Court adopts the Report and Recommendation;
2. Plaintiff's claims are dismissed with prejudice;
3. Plaintiff's motion to stay (Dkt. # 22) is stricken as moot;
4. The Clerk is directed to send a copy of this Order to the parties in this action.

IT IS SO ORDERED.

DATED this 29th day of April, 2024.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER ADOPTING REPORT &
RECOMMENDATION - 1